**JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LILLIE STEPHENSON<br><br>              Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., DOES 1 To 10, Inclusive<br><br>              Defendants. | Case No.: 2:22-CV-03537-RGK-KS<br>[*Los Angeles County Superior Court Case No.: 22AVCV00140*]<br><br>**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO <u>FED. R. CIV. P. 41(a)(1)</u>** **[14]**<br><br>[Assigned to Hon. R. Gary Klausner, District Judge; Hon. Karen L. Stevenson, Magistrate Judge]<br><br>Complaint Filed:  March 3, 2022 |

    **IT IS HEREBY ORDERED** that the Complaint of Plaintiff, LILLIE STEPHENSON is hereby dismissed in its entirety, with prejudice.

Dated: **6/14/2022** _____

By: _____
      U.S. DISTRICT COURT JUDGE

- 1 -
**[PROSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO <u>FED. R. CIV. P. 41(a)(1)</u>**